**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:24-cv-01798-WWB-RMN

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

SHAH & SHAH INVESTMENTS LLC,
et al.,

    Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Notice of Voluntary Dismissal, with prejudice, of this action, as to Defendant, SHAH & SHAH INVESTMENTS, LLC.

Respectfully submitted this 9th day of December, 2024.

                                                      By: /s/ Sara Howeller, Esq.
                                                      Sara Howeller, Esq.
                                                      Florida Bar Number: 847100
                                                      Attorney for Plaintiff
                                                      The Law Offices of Sara Howeller
                                                      1732 Ronald Reagan Blvd
                                                      Longwood, Florida 32750
                                                      Telephone: 407-977-7822
                                                      Facsimile: 844-300-7287
                                                      Email: DHoweller@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Sara Howeller, Esq.
Sara Howeller, Esq.
Florida Bar Number: 847100
Attorney for Plaintiff
The Law Offices of Sara Howeller
1732 Ronald Reagan Blvd
Longwood, Florida 32750
Telephone: 407-977-7822
Facsimile: 844-300-7287
Email: DHoweller@gmail.com